| Attorney or Party Name Address Telephone & FAX Numbers and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Gregory J. Doan<br>25401 Cabot Road, Suite 119<br>Laguna Hills, CA 92653<br>(949) 472-0593 Fax: (949) 472-5441<br>California State Bar Number: **165174**<br><br>*Attorney for Debtor* | |

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>Robert Dennis Kunic<br>Linda Dorothy Kunic<br><br>Debtor(s). | CHAPTER __7__<br>CASE NO : **8:09-bk-19729**<br><br>(No Hearing Required) |
|---|---|

## NOTICE OF MOTION AND MOTION TO AVOID LIEN
## UNDER 11 U.S.C. § 522(f) (REAL PROPERTY)
**(Creditor Name:** __Robert Kunic and Linda Kunic__ **)**
*(Insert Name of Creditor holding Lien to be Avoided)*

1. TO THE CREDITOR, CREDITOR'S ATTORNEY AND OTHER INTERESTED PARTIES:

2. NOTICE IS HEREBY GIVEN that the Debtor hereby moves this Court for an Order, without a hearing, avoiding a lien on the grounds set forth below

3. **Deadline for Opposition Papers:**
Pursuant to Local Bankruptcy Rule 9013-1(g)(1), any party objecting to Debtor's Motion may file and serve a written objection and request a hearing on this Motion If you fail to file a written response within fifteen (15) days of the date of service of this Notice, the Court may treat such failure as a waiver of your right to oppose this Motion and may grant the requested relief.

4. **Type of Case:**
   a. ☒ A Voluntary Petition under Chapter   ☒ 7   ☐ 11   ☐ 12   ☐ 13 was filed on: **9/14/09**
   b. ☐ An Involuntary Petition under Chapter   ☐ 7   ☐ 11 was filed on:
      ☐ An Order of Relief under Chapter   ☐ 7   ☐ 11 was entered on:
   c. ☐ An Order of Conversion to Chapter   ☐ 7   ☐ 11   ☐ 12   ☐ 13 was entered on:
   d. ☐ Other:

5. **Procedural Status:**
   a. ☒ Name of Trustee Appointed (if any):   **Charles W. Daff**
   b. ☐ Name of Attorney of Record for Trustee (if any):

6. Debtor claims an exemption in the subject real property under:
   a. ☐ California Code of Civil Procedure § ___ (Homestead): Exemption amount claimed on Schedules: $___
   b. ☒ California Code of Civil Procedure § 703 140(b)(5) Exemption amount claimed on Schedules: $ __20,129.00__
   c. ☐ Other Statute *(specify)*:

7. Debtor's entitlement to an exemption is impaired by judicial lien, the details of which are as follows:
*(Continued on next page)*

---

This form is optional It has been approved for use by the United States Bankruptcy Court for the Central District of California

January 2009                                                                                                                              F 9013-1.5

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston IL - (800) 492-8037                                            Best Case Bankruptcy

Motion to Avoid Lien (Real Property) - *Page 2*

F 9013-1.5

| In re | | CHAPTER 7 |
|---|---|---|
| | Robert Dennis Kunic | |
| | Linda Dorothy Kunic | CASE NO : 8:09-bk-19729 |
| | Debtor(s). | |

    a  Date of Entry of Judgment *(specify)*:    1/29/09
    b  Case Name *(specify)*:    American First Credit Union v. Robert D. Kunic; Linda D. Kunic
    c  Docket Number *(specify)*:    200900111279
    d  Date of Recordation of Lien *(specify)*:    3/10/09
    e  Recorder's Instrument Number or Map/Book/Page *(specify)*:    200900111279

8.  The property claimed to be exempt is as follows:
    a  Street Address *(specify)*:    22215 Richford Dr,
                                                        Lake Forest, CA 92630
    b  Legal Description *(specify)*:    ☒ Tract No: 9930  N TR 9930 LOT 150

9  Debtor acquired the property claimed exempt on the following date *(specify)*:    12/05/88

10  Debtor alleges that the fair market value of the property claimed exempt is: $    515,800.00

11.  The subject property is encumbered with the following liens (list mortgages and other liens in order of priority and place an "X" as to the lien to be avoided by this Motion):

| Name of Lien Holder | "X" | Date Lien Recorded | Original Lien Amount | Current Lien Amount | Date of Current Lien |
|---|---|---|---|---|---|
| Washington Mutual Mortgage | | 10/03/02 | $ 295,000.00 | $276,191.51 | |
| Washington Mutual Mortgage | | 04/10/06 | $ 250,000.00 | $249,749.07 | |
| American First Credit Union | X | 3/10/09 | $ 9,459.46 | 9,459.46 | 10/04/09 |
| | | | $ | | |

12  Debtor attaches copies of the following documents in support of the motion (as appropriate):
    a  ☒ Schedule C listing all exemptions claimed by Debtor(s)
    b  ☐ Appraisal of the property
    c  ☐ Documents showing current balance due as to the liens specified in Paragraph 11 above
    d  ☒ Recorded Abstract of Judgment
    e  ☐ Recorded Declaration of Homestead (Homestead Exemption)
    f  ☐ Declaration(s)
    g  ☐ Other *(specify)*:

13.  Total number of attached pages of supporting documentation:    5

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California

January 2009    F 9013-1.5

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston IL - (800) 492-8037    Best Case Bankruptcy

Motion to Avoid Lien (Real Property) - *Page 3*

F 9013-1.5

| In re<br>**Robert Dennis Kunic**<br>**Linda Dorothy Kunic**<br>Debtor(s). | CHAPTER __7__<br>CASE NO : **8:09-bk-19729** |
|---|---|

14. Debtor declares under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this motion was executed on the following date at _____**San Clemente**_____, California

WHEREFORE, Debtor prays that this Court issue an Order (a copy of the form of which is submitted herewith and has been served) avoiding the creditor's lien.

Dated:       *[signature]*
             Debtor's Signature

Dated:       *[signature]*
             Joint Debtor's Signature

Dated:       **Doan Law Firm, LLP**
             Law Firm Name

             By: *[signature]*

             Name: **Gregory J. Doan 165174**
             Attorney for Debtor

---

This form is optional  It has been approved for use by the United States Bankruptcy Court for the Central District of California

January 2009

F 9013-1.5

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston IL - (800) 492-8037

Best Case Bankruptcy

Motion to Avoid Lien (Real Property) - Page 4                                    F 9013-1.5

| In re | | CHAPTER  7 |
|---|---|---|
| | **Robert Dennis Kunic** | |
| | **Linda Dorothy Kunic** | CASE NO : **8:09-bk-19729** |
| | Debtor(s). | |

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I  Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding  My business address is:
**635 Camino de los Mares, 100
San Clemente, CA  92673**

The foregoing document described Notice of Motion and Motion to Avoid Lien will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On October 21, 2009 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL (indicate method for each person or entity served):**
On **October 21, 2009** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed

☒ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct

| 10/27/09 | Stephanie Como | *[signature]* |
|---|---|---|
| Date | Type Name | Signature |

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California

January 2009                                                                                        F 9013-1.5

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston IL - (800) 492-8037                    Best Case Bankruptcy

Motion to Avoid Lien (Real Property) - *Page 5*

F 9013-1.5

| In re<br>**Robert Dennis Kunic**<br>**Linda Dorothy Kunic**<br>Debtor(s) | CHAPTER __7__<br>CASE NO : **8:09-bk-19729** |
|---|---|

## ADDITIONAL SERVICE INFORMATION (if needed):

### VIA US Mail:

American First Credit Union
Lisa Scott (Agent of Service)
700 North Harbor Boulevard
La Habra, CA 90631

### ATTORNEY FOR CREDITOR:
Weintraub and Selth
12121 Wilshire Boulevard, Suite 1300
Los Angeles, CA 90025


### VIA ELECTRONIC SERVICE:

Office of US Trustee
ustpregion16.sa.ecf@usdoj.gov


Chapter 7 Trustee
Charles W. Daff
cdaff@epiqtrustee.com

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California

January 2009

F 9013-1.5

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston IL - (800) 492-8037    Best Case Bankruptcy

B6C (Official Form 6C) (12/07)

In re  Robert Dennis Kunic,
       Linda Dorothy Kunic
                                                          Debtors

Case No   8:09-bk-19729

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:      ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                         $136,875
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** Single Family Residence 22115 Richford Drive Lake Forest CA 92630 | C.C.P. § 703.140(b)(5) | 20,129.00 | 515,807.00 |
| Purchased 04/87 Purchas Price: $205,000.00 | | | |
| **Cash on Hand** Cash | C.C.P. § 703.140(b)(5) | 20.00 | 20.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** Checking Chase | C.C.P. § 703.140(b)(5) | 16.00 | 16.00 |
| 2nd Checking Chase | C.C.P. § 703.140(b)(5) | 60.00 | 60.00 |
| **Household Goods and Furnishings** Misc. Household Goods and Furnishings | C.C.P. § 703.140(b)(3) | 2,040.00 | 2,040.00 |
| **Books, Pictures and Other Art Objects; Collectibles** Misc. Collectibles | C.C.P. § 703.140(b)(3) | 900.00 | 900.00 |
| **Wearing Apparel** Misc. Wearing Apparel | C.C.P. § 703.140(b)(3) | 350.00 | 350.00 |
| **Furs and Jewelry** Misc. Jewelry | C.C.P. § 703.140(b)(4) | 570.00 | 570.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment** Misc. Hobby Equipment | C.C.P. § 703.140(b)(3) | 50.00 | 50.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** Pension (Wife's) Albertson's $1395.00 Monthly Disclosure Only | C.C.P. § 703.140(b)(10)(E) | 1,395.00 | 1,395.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** 2002 Nissan Frontier Truck 100k Miles | C.C.P. § 703.140(b)(2) | 1,750.00 | 1,750.00 |
| 1995 Plymouth Voyager Van with approximately 160,000 Miles | C.C.P. § 703.140(b)(5) | 200.00 | 200.00 |
| 1991 Toyota SR5 Truck with approximately 250,000 miles | C.C.P. § 703.140(b)(5) | 350.00 | 350.00 |
| 1996 Honda Accord EX | C.C.P. § 703.140(b)(5) | 1,050.00 | 1,050.00 |

__1__ continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

B6C (Official Form 6C) (12/07) -- Cont

In re **Robert Dennis Kunic,**
**Linda Dorothy Kunic**

Case No. **8:09-bk-19729**

Debtors

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Animals** <br> 1 Dog | C.C.P. § 703.140(b)(3) | 50.00 | 50.00 |
| | Total: | 28,930.00 | 524,608.00 |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Property Claimed as Exempt

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

RECORDING REQUESTED BY

WHEN RECORDED MAIL TO
NAME James R. Selth,
WEINTRAUB & SELTH, APC
MAILING ADDRESS 12121 Wilshire Blvd.
Suite 1300

CITY, STATE Los Angeles, CA
ZIP CODE 90025

Recorded in Official Records, Orange County
Tom Daly, Clerk-Recorder

32.00
2009000111279 02:25pm 03/10/09
106 30 A03 3
0.00 0.00 0.00 0.00 6.00 20.00 0.00 0.00

SPACE ABOVE THIS LINE RESERVED FOR RECORDER'S USE

# TITLE(S)

ABSTRACT OF JUDGMENT

Legal Solutions Plus  IS-201

**EJ-001**

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, address, State Bar number, and telephone number):
Recording requested by and return to:
James R. Selth - Bar #123420
WEINTRAUB & SELTH
12121 Wilshire Boulevard, Suite 1300
Los Angeles, CA 90025
(310) 207-1494

[X] ATTORNEY FOR   [X] JUDGMENT CREDITOR   [ ] ASSIGNEE OF RECORD

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE
STREET ADDRESS: 23141 Moulton Parkway, Fl. 2
MAILING ADDRESS:
CITY AND ZIP CODE: Laguna Hills, California 92653-1206
BRANCH NAME: Harbor Justice Center- Laguna Hills Facility

PLAINTIFF: AMERICAN FIRST CREDIT UNION

DEFENDANT: ROBERT D. KUNIC; LINDA D. KUNIC, et al.

CASE NUMBER: 30-2008-00092656

### ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS     [ ] Amended

1. The [X] judgment creditor [ ] assignee of record applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address
      ROBERT D. KUNIC
      22155 Richford Dr.
      El Toro, CA 92630

   b. Driver's license no [last 4 digits] and state: 8975/CA   [ ] Unknown
   c. Social security no [last 4 digits]: 9930   [ ] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to (name and address): ROBERT D. KUNIC
      22115 Richford Dr., El Toro, CA 92630

2. [X] Information on additional judgment debtors is shown on page 2.
3. Judgment creditor (name and address):
   AMERICAN FIRST CREDIT UNION, 700 N Harbor Blvd., La Habra, CA 90631

4. [ ] Information on additional judgment creditors is shown on page 2.
5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

Date: February 4, 2009
James R. Selth
(TYPE OR PRINT NAME)     (SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed: $ 9,459.46
7. All judgment creditors and debtors are listed on this abstract
8. a. Judgment entered on (date) 1/29/09
   b. Renewal entered on (date):
9. [ ] This judgment is an installment judgment.

10. [ ] An [ ] execution lien [ ] attachment lien is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of (name and address):

11. A stay of enforcement has
    a. [X] not been ordered by the court
    b. [ ] been ordered by the court effective until (date):

12. a. [X] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.

This abstract issued on (date): MAR 03 2009

Clerk, by ~~ALAN CARLSON~~ M. Bach, Deputy



Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev January 1 2008]

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**

Legal Solutions Plus

ORIGINAL    Page 1 of 2
Code of Civil Procedure, §§ 488.480, 674, 700.190

| PLAINTIFF: AMERICAN FIRST CREDIT UNION | CASE NUMBER: |
|---|---|
| DEFENDANT: ROBERT D. KUNIC; LINDA D. KUNIC, et al. | 30-2008-00092656 |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13  Judgment creditor *(name and address)*:

14.  Judgment creditor *(name and address)*:

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16  Name and last known address

LINDA D. KUNIC
22115 Richford Dr.
El Toro, CA 92630

Driver's license no. [last 4 digits]
and state:  8594/CA    ☐ Unknown
Social security no. [last 4 digits]: 1803    ☐ Unknown
Summons was personally served at or mailed to *(address)*:

LINDA D. KUNIC

22115 Richford Dr.

El Toro, CA 92630

17.  Name and last known address

Driver's license no. [last 4 digits]
and state:    ☐ Unknown
Social security no. [last 4 digits]:    ☐ Unknown
Summons was personally served at or mailed to *(address)*:

18  Name and last known address

Driver's license no. [last 4 digits]
and state:    ☐ Unknown
Social security no. [last 4 digits]:    ☐ Unknown
Summons was personally served at or mailed to *(address)*

19  Name and last known address

Driver's license no. [last 4 digits]
and state:    ☐ Unknown
Social security no. [last 4 digits]:    ☐ Unknown
Summons was personally served at or mailed to *(address)*:

20  ☐ Continued on Attachment 20