| Attorney or Party Name Address Telephone & FAX Numbers and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| **Gregory J. Doan**<br>**25401 Cabot Road, Suite 119**<br>**Laguna Hills, CA 92653**<br>**(949) 472-0593 Fax: (949) 472-5441**<br>California State Bar Number: **165174**<br><br><br>*Attorney for Debtor* | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re: | |
|---|---|
| **Robert Dennis Kunic**<br>**Linda Dorothy Kunic**<br><br><br><br>Debtor(s). | CHAPTER __7__<br>CASE NO : **8:09-bk-19729**<br><br><br>(No Hearing Required) |

### AMENDED NOTICE OF MOTION AND MOTION TO AVOID LIEN
### UNDER 11 U.S.C. § 522(f) (REAL PROPERTY)
**(Creditor Name:  _Robert Kunic and Linda Kunic_____ )**
*(Insert Name of Creditor holding Lien to be Avoided)*

1   TO THE CREDITOR, CREDITOR'S ATTORNEY AND OTHER INTERESTED PARTIES:

2   NOTICE IS HEREBY GIVEN that the Debtor hereby moves this Court for an Order, without a hearing, avoiding a lien on the grounds set forth below

3   **Deadline for Opposition Papers:**
Pursuant to Local Bankruptcy Rule 9013-1(g)(1), any party objecting to Debtor's Motion may file and serve a written objection and request a hearing on this Motion  If you fail to file a written response within fifteen (15) days of the date of service of this Notice, the Court may treat such failure as a waiver of your right to oppose this Motion and may grant the requested relief.

4   **Type of Case:**

a   ☒ A Voluntary Petition under Chapter      ☒ 7      ☐ 11   ☐ 12   ☐ 13 was filed on: **9/14/09**

b   ☐ An Involuntary Petition under Chapter   ☐ 7   ☐ 11 was filed on:

☐ An Order of Relief under Chapter   ☐ 7   ☐ 11 was entered on:

c   ☐ An Order of Conversion to Chapter   ☐ 7   ☐ 11   ☐ 12   ☐ 13 was entered on:

d   ☐ Other:

5   **Procedural Status:**

a   ☒ Name of Trustee Appointed (if any):      **Charles W. Daff**

b   ☐ Name of Attorney of Record for Trustee (if any):

6   Debtor claims an exemption in the subject real property under:

a   ☒ California Code of Civil Procedure § 704.730 __ (Homestead): Exemption amount claimed on Schedules: $ _75,000.00_

b.   ☐ California Code of Civil Procedure § Exemption amount claimed on Schedules: $

c   ☐ Other Statute *(specify)*:

*(Continued on next page)*

This form is optional  It has been approved for use by the United States Bankruptcy Court for the Central District of California

*January 2009*

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston  IL - (800) 492-8037

**F 9013-1.5**

Best Case Bankruptcy

Motion to Avoid Lien (Real Property) - *Page 2*                                        **F 9013-1.5**

| In re | | CHAPTER __7__ |
|---|---|---|
| | **Robert Dennis Kunic**<br>**Linda Dorothy Kunic** | CASE NO : **8:09-bk-19729** |
| | Debtor(s). | |

7. Debtor's entitlement to an exemption is impaired by judicial lien, the details of which are as follows:
   a  Date of Entry of Judgment *(specify)*:        **1/29/09**
   b  Case Name *(specify)*:        **American First Credit Union v. Robert D. Kunic; Linda D. Kunic**
   c  Docket Number *(specify)*:        **200900111279**
   d  Date of Recordation of Lien *(specify)*:        **3/10/09**
   e  Recorder's Instrument Number or Map/Book/Page *(specify)*:        **200900111279**

8. The property claimed to be exempt is as follows:
   a  Street Address *(specify)*:        22215 Richford Dr,
                                          Lake Forest, CA 92630
   b  Legal Description *(specify)*:        ☒ Tract No: 9930 N TR 9930 LOT 150

9. Debtor acquired the property claimed exempt on the following date *(specify)*:        **12/05/88**

10. Debtor alleges that the fair market value of the property claimed exempt is: $_____**586,000.00**____

11. The subject property is encumbered with the following liens (list mortgages and other liens in order of priority and place an "X" as to the lien to be avoided by this Motion):

| Name of Lien Holder | "X" | Date Lien Recorded | Original Lien Amount | Current Lien Amount | Date of Current Lien |
|---|---|---|---|---|---|
| **Washington Mutual Mortgage** | | 10/03/02 | $    295,000.00 | $276,191.51 | |
| **Washington Mutual Mortgage** | | 04/10/06 | $    250,000.00 | $249,749.07 | |
| **American First Credit Union** | X | 3/10/09 | $ 9,459.46 | 9,459.46 | 10/04/09 |
| | | | $ | | |

12. Debtor attaches copies of the following documents in support of the motion (as appropriate):
   a  ☒ Schedule C listing all exemptions claimed by Debtor(s) (Exhibit A)
   b  ☒ Appraisal of the property (Exhibit B)
   c  ☒ Declaration of Appraiser (Exhibit C)
   d  ☒ Appraiser's Resume (Exhibit D)
   e  ☐ Recorded Declaration of Homestead (Homestead Exemption)
   f  ☐ Declaration(s)
   g  ☐ Other *(specify)*:

This form is optional  It has been approved for use by the United States Bankruptcy Court for the Central District of California

*January 2009*                                                                                    **F 9013-1.5**

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston  IL - (800) 492-8037                Best Case Bankruptcy

Motion to Avoid Lien (Real Property) - *Page 3*

F 9013-1.5

| In re | | CHAPTER __7__ |
|---|---|---|
| | **Robert Dennis Kunic** | |
| | **Linda Dorothy Kunic** | CASE NO : **8:09-bk-19729** |
| | Debtor(s). | |

13  Total number of attached pages of supporting documentation: ____24____

14. Debtor declares under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this motion was executed on the following date at _____**San Clemente**_____ , California.

WHEREFORE, Debtor prays that this Court issue an Order (a copy of the form of which is submitted herewith and has been served) avoiding the creditor's lien

Dated: 11/17/09

*Debtor's Signature*

Dated: 11/17/09

*Joint Debtor's Signature*

Dated:

**Doan Law Firm, LLP**
*Law Firm Name*

By:

Name:  Gregory J. Doan 165174
*Attorney for Debtor*

This form is optional  It has been approved for use by the United States Bankruptcy Court for the Central District of California

*January 2009*

F 9013-1.5

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston  IL - (800) 492-8037

Best Case Bankruptcy

Motion to Avoid Lien (Real Property) - *Page 4*

**F 9013-1.5**

| In re | | CHAPTER __7__ |
|---|---|---|
| **Robert Dennis Kunic** | | |
| **Linda Dorothy Kunic** | | CASE NO : **8:09-bk-19729** |
| | Debtor(s). | |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I  Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding  My business address is:
**635 Camino de los Mares, 100**
**San Clemente, CA  92673**

The foregoing document described Notice of Motion and Motion to Avoid Lien will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On October 21, 2009 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

II.  **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On _October 21, 2009_ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed

☒ Service information continued on attached page

III.  **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F R Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct

| 11/17/09 | **Stephanie Como** | |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

---

This form is optional  It has been approved for use by the United States Bankruptcy Court for the Central District of California

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston  IL - (800) 492-8037

Best Case Bankruptcy

Motion to Avoid Lien (Real Property) - *Page 5*

**F 9013-1.5**

| In re | | CHAPTER ___7___ |
|---|---|---|
| **Robert Dennis Kunic** | | |
| **Linda Dorothy Kunic** | | CASE NO : **8:09-bk-19729** |
| | Debtor(s). | |

## ADDITIONAL SERVICE INFORMATION (if needed):

<u>**VIA US Mail:**</u>

**American First Credit Union**
**Lisa Scott (Agent of Service)**
**700 North Harbor Boulevard**
**La Habra, CA 90631**

<u>**ATTORNEY FOR CREDITOR:**</u>
**Weintraub and Selth**
**12121 Wilshire Boulevard, Suite 1300**
**Los Angeles, CA 90025**

<u>**VIA ELECTRONIC SERVICE:**</u>

**Office of US Trustee**
**ustpregion16.sa.ecf@usdoj.gov**

**Chapter 7 Trustee**
**Charles W. Daff**
**cdaff@epiqtrustee.com**

This form is optional  It has been approved for use by the United States Bankruptcy Court for the Central District of California

**F 9013-1.5**

Best Case Bankruptcy

# EXHIBIT A

B6C (Official Form 6C) (12/07)

In re    **Robert Dennis Kunic,**
      **Linda Dorothy Kunic**

Case No. __**8:09-bk-19729**__

_____
Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U S C  §522(b)(2)
☑ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds
$136,875.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property**<br>**Single Family Residence**<br>**22115 Richford Drive**<br>**Lake Forest CA 92630** | C.C.P. § 704.730 | 75,000.00 | 586,000.00 |
| **Purchased 04/87**<br>**Purchas Price: $205,000.00** | | | |
| **Debtor originally listed the value of house at**<br>**$515,800.00 based upon cyberhomes.com**<br>**value. Pursuant to recent appraisal by**<br>**California State Certified General Appraiser, the**<br>**fair market value of home is $586,000.00** | | | |
| Cash on Hand<br>**Cash** | C.C.P. § 704.070 | 15.00 | 20.00 |
| Checking, Savings, or Other Financial Accounts, Certificates of Deposit<br>**Checking**<br>**Chase** | C.C.P. § 704.070 | 12.00 | 16.00 |
| **2nd Checking**<br>**Chase** | C.C.P. § 704.070 | 45.00 | 60.00 |
| Household Goods and Furnishings<br>**Misc. Household Goods and Furnishings** | C.C.P. § 704.020 | 2,040.00 | 2,040.00 |
| Books, Pictures and Other Art Objects; Collectibles<br>**Misc. Collectibles** | C.C.P. § 704.020 | 900.00 | 900.00 |
| Wearing Apparel<br>**Misc. Wearing Apparel** | C.C.P. § 704.020 | 350.00 | 350.00 |
| Furs and Jewelry<br>**Misc. Jewelry** | C.C.P. § 704.040 | 570.00 | 570.00 |
| Firearms and Sports, Photographic and Other Hobby Equipment<br>**Misc. Hobby Equipment** | C.C.P. § 704.020 | 50.00 | 50.00 |
| Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans<br>**Pension (Wife's)**<br>**Albertson's**<br>**$1395.00 Monthly**<br>**Disclosure Only** | C.C.P. § 704.115(a)(1) & (2), (b) | 1,395.00 | 1,395.00 |
| Automobiles, Trucks, Trailers, and Other Vehicles<br>**2002 Nissan Frontier Truck**<br>**100k Miles** | C.C.P. § 704.010 | 1,500.00 | 1,750.00 |
| **1995 Plymouth Voyager Van with approximately**<br>**160,000 Miles** | C.C.P. § 704.010 | 100.00 | 200.00 |

__1__  continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2009 - Best Case Solutions - Evanston  IL - (800) 492-8037

B6C (Official Form 6C) (12/07) -- Cont

In re    **Robert Dennis Kunic,**                  Case No    **8:09-bk-19729**
          **Linda Dorothy Kunic**

Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **1991 Toyota SR5 Truck with approximately 250,000 miles** | C.C.P. § 704.010 | 150.00 | 350.00 |
| **1996 Honda Accord EX** | C.C.P. § 704.010 | 800.00 | 1,050.00 |
| **<u>Animals</u>**<br>**1 Dog** | C.C.P. § 704.010 | 0.00 | 50.00 |

| | Total: | 82,927.00 | 594,801.00 |
|---|---|---|---|

Sheet  **1**  of  **1**  continuation sheets attached to the Schedule of Property Claimed as Exempt

Copyright (c) 1996-2009 - Best Case Solutions - Evanston  IL - (800) 492-8037           Best Case Bankruptcy

# EXHIBIT B

11/10/2009 18:35 FAX 16262941083    GREGG FREEDMAN & ASSOC    ☑002/021
Case 8:09-bk-19729-ES    Doc 13    Filed 11/10/09    Entered 11/10/09 15:46:44    Desc
Main Document    Page 10 of 21



# Gregg Freedman & Associates, Inc.

### State Certified Real Estate Appraisers

124 North First Avenue, Arcadia, California 91006
Tel: (626) 294-9191 • Fax: (626) 294-1063 • www.gfassociates.com

Gregg Freedman, ASA

# RESTRICTED USE APPRAISAL REPORT

This is a Restricted Use Appraisal Report, which is intended to comply with the reporting requirements set forth under Standards Rule 2-2(c) of the Uniform Standards of Professional Appraisal Practice for a Summary Appraisal Report. As such, it presents only summary discussions of the data, reasoning and analyses that were used in the appraisal process to develop the appraiser's opinion of value. Supporting documentation concerning the data, reasoning, and analyses is retained in the appraiser's file. The depth of discussion contained in the report is specific to the needs of the client and for the intended use stated below. The appraiser is not responsible for unauthorized use of this report.

**CLIENT:**    Mr. Randy Shumake, Recovery Officer
AMERICAN FIRST CREDIT UNION
700 N. Harbor Boulevard
La Habra, CA. 90631

**INTENDED USER:**    This report is intended for use only by the indicated Client,
ONLY. Use of this report by ANY others is not intended by
the appraiser. The Appraiser's opinions and conclusions may
not be understood properly without additional information
contained in the appraiser's workfile.

**APPRAISER:**    Gregg Freedman, ASA, IFA-S, CGA #AG002632 exp. 2/1/11
California State Certified General Appraiser
GREGG FREEDMAN & ASSOCIATES, INC.
195 S. Canon Avenue
Sierra Madre, CA. 91024

**SUBJECT:**    A Single Family Residence ("SFR")
22115 Richford Drive, El Toro, CA. 92630
APN 613-312-06
Orange County, CA.

**OWNER OF RECORD:** According to County Records, title to the subject has been held in the name of Robert D. & Linda D. Kunic since the last transfer (on 4/27/12987), likely their acquisition of the subject (seller not noted no readily available for $201,500.00, P. R. Doc # 226508. All other prior transfers were noted as being "refinancing" related.

No prior other additional prior transfer data was readily available. Details regarding these or any prior transactions and/or financing terms were not readily available.

The subject property is not currently listed nor under contract for sale per the local MLS.

**APPRAISER'S FILE:**    91O5O892

## PURPOSE OF THE APPRAISAL:

The purpose of this appraisal is to provide the appraiser's opinion of the fair market value of the subject real property as of the effective data based upon the Highest and Best Use indicated. *Market Value* is defined by the federal financial institution's regulatory agencies as follows:

*Market value* means the most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeable, and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:

- (1)    buyer and seller are typically motivated;
- (2)    both parties are well informed or well advised, and acting in what they consider their own best interests;
- (3)    a reasonable time is allowed for exposure in the open market;
- (4)    payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and
- (5)    the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.*

*Office of the Comptroller of the Currency under 12 CFR, Part 34, Subpart C-Appraisals, 34,42, Definitions (f)

**INTENDED USE OF REPORT:**

This appraisal is intended to be used by the Client to assist in establishing a value of the subject property for legal uses. This analysis is not intended for any other use. Please Note: This report is not intended for use in a federally funded transaction.

**INTEREST VALUED:**      Fee Simple

**EASEMENTS:**      None noted on Plat Map – no title data provided, reviewed or obtained. Presumes typical utility easements ONLY. No title data was provided, obtained nor reviewed as part of this assignment.

**EFFECTIVE DATE OF VALUE:**      November 6, 2009

**DATE OF REPORT:**      November 6, 2009

**APPRAISAL DEVELOPMENT AND REPORTING PROCESS:**

In preparing this appraisal, the appraiser

    (1)    DID NOT inspect the subject site;
    (2)    gathered information re: the subject property and potential (and utilized) subject similar sales;
    (3)    confirmed and analyzed the data and applied the Sales Comparison Approach.
    (4)    Reconciled all collected data into a final value estimate and created this report.

Per prior agreement with the Client, the Appraiser DID NOT inspect the subject property or comparable sales, nor did he use either the Cost Income Approaches to value. These approaches would generally not be considered meaningful in appraising a property similar o the subject (an owner-occupied Single family Residence "As Is," not intended to or utilized for income production in an area of similar-type owner-occupied single family residences on the Effective Date of Value); the sole and primary Approach to Value utilized in this analysis is the Sales Comparison Approach. As the Cost and Income Approaches would not be typically applied in the valuation of subject similar (single-family residential) properties overall similar to the subject, the appraisal process therefore did not involve any Departures from Standards Rule 1-4(b) i, ii, (c) i, ii, iii, and iv and their omission does not negatively affect the credibility of the results of this assignment.

This Summary Appraisal Report is a brief recapitulation of the appraiser's data, analyses and conclusions. Additional supporting documentation is retained in the appraiser's file. The Extraordinary Assumptions that the subject was in overall Average or better Condition on the effective date of value (November 6, 2009), that it was as described by the public and private records sources consulted, that it is a detached Single Family Residence at its Highest and Best Use and that it has marketable title and no adverse easements or encroachments have been employed in this analysis.

## DESCRIPTION OF REAL ESTATE APPRAISED:

**Location Description:** The subject is located in the northern-central portion of Orange County, California, in the community of El Toro (per Assessor's data; the area is also known/referred to as Lake Forest), and per the data sources consulted, appears to be in an area of primarily Single Family Residences with appurtenant commercial influences. Per the Orange County Assessor's plat map, the subject project has 82.4 (+/-) feet of street frontage on Richford Drive with a total lot area of 8,137 (+/-) square feet of Goss Lot Area using the measurements from the Assessor's Plat Map. The nearest intersection is Aliso Park Drive to the south of the subject site, which provides access to both Alicia and Marguerite Parkways, which are primary arterial streets accessing local commercial and transportation centers. The subject's neighborhood/area is considered to be Lake Forest Drive to the North West, Pittsford Drive to the North East, Los Alisos Boulevard to the South East and Trabuco Road to the South West. The immediate subject area appears to be and typically, homes in this area are composed of subject-similar single family residences with some appurtenant commercial influences (per the data sources consulted). The subject's location appears to have has average/typical access to area conveniences, public transportation and the surrounding areas.

Based upon the client supplied data, it is presumed (Extraordinary Assumption) that the subject conforms to surrounding land uses.

**Property Description:** The subject site is composed of an individual lot/single parcel, with an Assessor's Parcel Number of 613-312-06. Per P. R. data sources the subject site is improved with an Average Quality Single Family Residence containing approximately 2,596 (+/-) square feet of Gross Building Area/Gross Living Area ("GBA"/"GLA") with 4 bedrooms and 2 bathrooms (per public and private records data sources). No MLS information for the subject was readily available. The subject's site is basically irregular/rectangular in shape and contains approximately 8,137 (+/-) square feet as noted via measurements indicated on the Assessor's Plat Map. Gross and usable areas were presumed (Extraordinary Assumption) to be the same. Public records sources do not indicate the subject's zoning. The existing site was considered to be in conformity with zoning allowances.

Case 8:09-bk-19729-ES    Doc 16    Filed 11/17/09    Entered 11/17/09 16:26:39    Desc
Main Document    Page 14 of 27

11/10/2009 16:25 FAX 18262941063    GREGG FREEDMAN & ASSOC    @006/021
Case 8:09-bk-19729-ES    Doc 13    Filed 11/10/09    Entered 11/10/09 15:46:44    Desc
Main Document    Page 14 of 21

Per Assessor's data, the subject site is considered a "Single Family Residence "
Assessor's data indicates a physical address of 22115 Richford Drive, El Toro, CA.
92630.

The abbreviated legal description of the subject is "those portions of Tract No. 9930,
M. M. 494-17 to 24 Inc., identified as Assessor's Parcel Number 613-312-06, in the City
of El Toro, County of Orange, California."

**TAX INFORMATION/ASSESSED VALUES:** Per the Orange County Assessor, the
subject has assessed values and tax amounts as noted:

Land -              $  99,851.00
Improvements -      $235,962.00

Total -             $335,813.00

Taxes (2009-10) - $3,433.08 (prior installments Noted as "Paid" by Treasurer/Tax
                  Collector – current payments are not due until 12/10/09 and 4/10/10).

**PRIOR TRANSFERS WITHIN THE PAST THREE (3) YEARS:**

Some prior transfer data was readily available in this assignment. The subject HAS
NOT transferred (for consideration) within the past three (3) years The most recent
ownership transfer was noted on 4/27/1997, P. R. Doc #226508, from an unspecified
seller Robert D. and Linda D. Kunic, who currently hold (and continuously have held) title
to the subject. Other more recent transfers were noted; however all were related to
refinancing purposes, and were not considered to be "true" changes of ownership, thus
they were not considered/analyzed as part of this assignment – please review the
transfer history addenda attached to this analysis for additional details. A title policy
would need to be obtained/provided/reviewed in order to more accurately determine the
existence of any prior transfers – no title policy was obtained, provided nor reviewed as
part of this assignment. Review sales history addenda from P. R. sources attached as
an addendum to this analysis.

### HIGHEST AND BEST USE:

**Highest and best use as though vacant.** The legally permissible use of the subject site is for single-family residential uses   The likelihood of a zoning change is remote

A single-family residential development is physically possible

A single family residential development is possible, and is the only allowable use (and is the only economically feasible use)  Thus, the maximally productive and highest and best use of the site, though vacant, would be for development of a single family residential building maximizing building/lot coverage ratios.

**Highest and best use as improved.** Per the P. R. data, the subject is an individual single-family residence located within a neighborhood of overall similar type single-family residences.   The present use is considered to be the Highest and Best Use of the subject site As Improved.

**Please be aware that the Appraiser HAS NOT made any type of personal inspection of the subject property due to the client's specific request for a "Desk Only" valuation of the subject property for initial legal filing uses ONLY. Any potential reader of this report is strongly cautioned to be aware of the Restricted nature of this assignment relative to the inspection of the subject property. Any potential reader of this report is strongly encouraged to obtain and review any title information, site survey and geological/engineering data in order to be more adequately informed as to the specifics of the subject property. This valuation utilizes the Extraordinary Assumption that the subject has a marketable title and that it has no negative easements or encroachments (with the exception of normal utility easements ONLY).**

### SUMMARY OF ANALYSIS AND VALUATION:

**Sales Comparison Approach.** Verifiable sales of subject similar properties in the subject neighborhood and region occurring within the year prior to the effective date of value (11/6/09) were analyzed.  Three (3) sales were selected as best representing the subject.

The following most recent and appropriate sales of single-family residences within the subject's neighborhood were analyzed in an attempt to value the subject site "As Is" on the effective date of value (11/6/09).

A summary of the data on the comparable sales is illustrated below:

| SALE NO. | LOCATION | SALE PRICE | SALE DATE | SIZE (GBA) | BEDS/ BATHS | AMENITIES |
|---|---|---|---|---|---|---|
| 1 | 22475 Aliso Park Drive Lake Forest, CA. | $525,000.00 | 9/23/09 | 2,120 sq. ft. | 3/3 | Remodeled, Corp. Owned |
| 2 | 22061 Richford Drive Lake Forest, CA. | $540,000.00 | 5/21/09 | 2,003 sq. ft. | 3/2.5 | REO. No amenities noted; Condition presumed to be Average/ similar to subject |
| 3 | 21735 Fernleaf Drive El Toro, CA. | $565,000.00 | 2/6/09 | 2,229 sq. ft. | 4/3 | REO. No amenities noted; Condition noted on MLS as "needs work & TLC;" presumed to be Average/ possibly inferior to subject |

The indicated sales indicate a relatively "narrow" range of sales prices from a low of $525,000.00 to a high of $565,000.00. All of the comparables were considered good indicators of value for the subject and were the most recent data available relative to the Effective Date of November 6, 2009. Of note is the preponderance of Bank Owned ("REO") sales in the subject area during the time fame researched.

The comparable sales presented were analyzed, compared, and adjusted for features deemed dissimilar to the subject property  The preferred method of adjustment is the quantitative technique, which utilizes paired sales to arrive at a specific market derived adjustment quantity.  This technique requires adequate market data to support these quantitative adjustments. Although the market data may reveal an obvious premium or deficiency in the features of a comparable property, the amount may not be specifically quantifiable due to the imperfections of the marketplace

Acceptable appraisal methodology requires that if quantifiable adjustments are not supportable by the market they not be employed and a second preferred method should be employed which is the qualitative method.  This method follows the same sequence as the quantitative method, however rather than specific quantities of adjustments, the relative quality or comparability is considered.  In the discussion that follows the data has been compared on the basis of qualitative characteristics translated into a specific quantity as outlined in the table below:

| QUALITATIVE COMPARISON | QUANTITATIVE ALLOCATION[1] |
|---|---|
| Inferior | (+2 to +3) |
| Slightly Inferior | (+1) |
| Similar | 0 |
| Slightly Superior | (-1) |
| Superior | (-2 to -3) |

An inferior characteristic of the comparable will result in a positive value being applied to it while a superior attribute requires a negative value  A summary grid of all adjustments is provided at the end of this section to provide a final estimate of value.

[1]Inferior features are a positive (+) quantity in comparison to the comparables while superior features are a negative (-) quantity. Adjustments are expressed in percentage differences.

No. 1 is more diminished than the subject in terms of GBA (with the subject containing 2,596 sq. ft. and No. 1 containing 2,120 sq. ft. GBAs) and in terms of Lot Area  This sale is in the same neighborhood as the subject and was felt to have an overall similar location. Adjustments were applied for GBA differences at +23,800.00, Lot Area differences adjusted at +$15,000 00, Age Inferiority (Comp. 1 built in 1977 versus subject built in 1987) at +$5,000 and +$7,500.00 (for the lack of a 4th) Bedroom differences. The adjusted sale price was $576,300.00, and the adjusted price per-square-foot is $271 84.

No. 2 is also more diminished than the subject in terms of GBA (with the subject containing 2,596 sq. ft. and No. 2 containing 2,003 sq. ft. GBAs), however is generally similar in terms of Lot Area (No. 2 contains approximately 8,914 +/- square feet of Lot Area; the subject contains 8,137 +/- square feet)  This sale is also in the same general neighborhood as the subject and was felt to have an overall similar location. Adjustments were applied for GBA differences at +29,650.00, and +$7,500.00 (for the lack of a 4th) Bedroom and for ½ Bath inferiority at +$2,500.00 differences  The adjusted sale price was $579,650.00, and the adjusted price per-square-foot is $289.37.

No. 3 is also more diminished than the subject in terms of GBA (with the subject containing 2,596 sq. ft. and No. 3 containing 2,229 sq. ft. GBAs), and is inferior in terms of Lot Area (No. 3 contains approximately 6,650 +/- square feet of Lot Area; the subject contains 8,137 +/- square feet). This sale is also in the same general neighborhood as the subject and was felt to have an overall similar location. Adjustments were applied for GBA differences at +18,300.00, and +$5,950.00 for Lot Area differences. The adjusted sale price was $589,250.00, and the adjusted price per-square-foot is $264.36.

After adjustments for salient differences, an adjusted sale price range of $576,300.00 to $589,250.00, with an adjusted per-square-foot indication of $264.36 to $289.37. All of the Sales were considered to be within a "narrow" range of adjusted sales prices.

With emphasis placed on No. 3 for lowest total adjustments, with secondary emphasis placed on No. 1 for most recent date, an indication of $586,370.00 was revealed, rounded to a final opinion of value of $586,000.00, as of November 6, 2009 via the Direct Sales Comparison (or Market) Approach to Value and utilizing the extraordinary assumptions outlined in the body of this analysis.

**VALUE INDICATED BY SALES COMPARISON APPROACH "AS IS" AS OF**

**November 6, 2009: $586,000.00**

**FINAL OPINION OF VALUE:  $586,000.00**

**Five Hundred Eighty Six Thousand Dollars**

Marketing time for the subject "as Improved" (both as of the retrospective date of value and the date of the preparation of this report) is estimated at 3-9 months based on the data considered and utilized in this analysis, coupled with current trends per the local MLS and reliable publications

## RECONCILIATION AND VALUE CONCLUSION:

Per prior agreement with the client, the Cost and Income Approaches were not considered in this analysis. The Direct Sales Comparison (or Market was considered a good indicator of value for the subject due to the quality of available market comparables. The subject property was not physically inspected due to the client's specific request as discussed previously. The Appraiser reserves the right to modify this opinion of value (for an additional fee) based upon a complete inspection of the subject property and should any other professional reports (title, survey, environmental, etc.) be presented for review/consideration.

### THE FINAL RECONCILED MARKET VALUE, AS OF NOVEMBER 6, 2009 IS:

### FINAL OPINION OF VALUE: $586,000.00

### Five Hundred Eighty Six Thousand Dollars

### As of November 6, 2009

### *This opinion is conditioned upon the Extraordinary Assumptions mentioned previously in this analysis*

Gregg Freedman, ASA, IFA-S, CGA
California State Certified General Appraiser #AG002632, exp. 2/1/11
Associate Member, Appraisal Institute

Signed and Prepared on November 6, 2009

See attached Certification/Limiting Conditions and spreadsheet addenda attached

RE: 22115 Richford Avenue
El Toro (Lake Forest), CA. 92630

I certify that, to the best of my knowledge and belief:

- the statements of facts contained in this report are true and correct.
- the reported analyses, opinions and conclusions are limited only by the reported assumptions and limiting conditions and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
- I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.
- I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.
- my engagement in this assignment was not contingent upon developing or reporting predetermined results.
- my compensation for completing thus assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
- my analyses, opinions, and conclusions were developed, and this report was prepared in conformity with the *Uniform Standards or Professional Appraisal Practice.*
- I have not made a personal inspection of the property that is the subject of this report nor any of the potential or utilized comparable sales.
- no one provided significant real property appraisal assistance to the person signing this certification.
- this assignment is subject to review by the appraiser's peer review organizations
- the appraiser is in compliance with the continuing education requirements of those professional appraisal associations (ASA, NAIFA) which have conferred designations.

Gregg Freedman, ASA, IFA-S
California State Certified General Appraiser #AG002632  exp.2/1/11
Associate Member, Appraisal Institute

Signed November 6, 2009

# EXHIBIT C

## DECLARATION OF GREGG FREEDMAN

I, Gregg Freedman, do declare and state as follows:

1. If called upon to testify in this action as to the matters set forth in this Declaration, I could and would competently testify thereto.

2. I am a California State Certified General Appraiser #AG002632, expiring February 1, 2011. Additionally, I am an Associate Member of the Appraisal Institute, an Accredited Senior Appraiser (Real Property/Urban) with the American Society of Appraisers (ASA), a Senior Designated Appraiser with National Association of Independent Fee Appraisers (IFA-S), and a Fellow of the American College of Real Estate Appraisers. A true and correct copy of my qualifications is attached as Exhibit "1".

3. I have been asked by American First Credit Union to develop a current opinion of the fair market value of the subject property located at 22115 Richford Drive, El Toro/Lake Forest, California 92630 ("Richford Drive Property") in fee simple ownership as of November 6, 2009 based upon data obtained from public and private data sources only.

4. I have performed research regarding the market conditions and the value of the Richford Drive Property utilizing public and private data sources (including, but not limited to First American Real Estate Solutions ("FARES"), the California Market Data Cooperative ("CMDC"), DataQuick, NDCdata, SiteXdata and the Multiple Listing Service ("MLS")).

5. This assignment is based upon no observation of the Richford Drive Property at this point; we have utilized the Hypothetical Circumstance/Extraordinary Assumption that the

1

1    property exists and was as described by the data sources consulted
2    - any deviations revealed via an observation of the subject
3    property could impact the opinions developed as part of this
4    assignment - the Appraiser reserves the right to modify the
5    opinions expressed as part of this assignment, for an additional
6    fee, should any such deviations be subsequently revealed.

7        6.    Based upon the data researched and analyzed, after
8    having made appropriate adjustments to the comparable sales for
9    salient differences, and employing Hypothetical Circumstances/
10   Extraordinary Assumptions noted above, I have concluded an opinion
11   of the fair market value of the Richford Drive Property, in fee
12   simple ownership, via the Market, or Direct Sales Comparison
13   Approach, to be $586,000.00 (rounded), as of November 6, 2009.
14   Attached hereto as Exhibit "2" is a true and correct copy of the
15   Restricted Use Appraisal Report I have prepared for the Richford
16   Drive Property dated November 6, 2009.

17       7.    Thus, the current (as of November 6, 2009) fair market
18   value of the Richford Drive Property in 100% fee simple ownership
19   interest is $586,000.00 (rounded) via the market, or Direct Sales
20   Comparison Approach to Value.

21       I declare under penalty of perjury and under the laws of the
22   State of California that the foregoing is true and correct.

23       Executed this 9ᵀᴴ day of November, 2009, at Sierra Madre,
24   California.

25

26                                    Gregg Freedman, Declarant

27

28

                                    2

# EXHIBIT D

# GREGG FREEDMAN, ASA IFA-S

Gregg Freedman & Associates, Inc.
124 N. FIRST AVENUE • ARCADIA CA 91006
PHONE: (626) 294-9191 • (888) 777-5350 TOLL-FREE • FAX: (626) 294-1063
E-MAIL: GF@GFASSOCIATES COM • WWW GFASSOCIATES COM

## SUMMARY OF QUALIFICATIONS

Specializing in valuations of all property types for a wide variety of litigation and estate related matters   Extensive background in valuation assignments involving diminution in value from a variety of causes, stigma, retrospective valuations for estate and family law, title disputes, partnership dissolutions, lack of control/lack of marketability discounts

## EDUCATION

| September 1974 – June 1978 | University of Southern California |
| ▪ Business Management | |
| September 1973 | California State University Los Angeles |
| ▪ Business Law | |
| September 1989 | International Real Estate Academy, Denmark |

## PROFESSIONAL EXPERIENCE

- 1988-Present   -   Gregg Freedman & Associates, Inc , President
- Valuations of all property types, Specializing in valuations for litigation support and estate matters
- Qualified Expert Witness in many California courts
- 1984-1988   -   Freedman & Freedman Consultants, Manager
- Managed full-time staff of in-house appraisers and support staff
- Supervised all in-house training and personnel functions
- Client base and assignments throughout California
- Qualified Probate Referee Candidate 1998-2003

## QUALIFIED EXPERT EXPERIENCE

- Qualified Expert in Valuation for diminution in value (Overholtzer), bankruptcy (relief of stay lien stripping), title claims (easements), probate, estate tax, construction defects, inverse condemnation, hillside failure and appraiser standard of care.
- Qualified in Los Angeles Central District, Orange County (CA ) Central District, Eastern District (Modesto, CA ) and Northern District Bankruptcy Courts
- Qualified in most Los Angeles County and many Orange & San Diego, San Bernardino and Riverside County courts and mediation enters – civil, probate, estate and family law

STATE CERTIFICATION

CGA - California State Certified General Appraiser #AG002632 exp 2/09

PROFESSIONAL MEMBERSHIPS

ASA – Accredited Senior Appraiser – Real Property/Urban – American Society of Appraisers (ASA)

IFA-S – Independent Fee Appraiser – Senior – National Association of Independent Fee Appraisers (NAIFA)

SCPA - Senior Certified Professional Appraiser – College of Real Estate Appraisers

Associate Member – Appraisal Institute (AI)

Past Chapter President – Southern California Chapter NAIFA

COURSES TAKEN (WITHIN THE PAST 5 YEARS)

Standards of Professional Practice (A, B & C) – Appraisal Institute

Critical Building Inspections – Appraisal Institute

USPAP – National 7- & 15-hour courses – AI/NAIFA

Valuation of Estate Homes – Appraisal Institute

California State Laws and OREA – Appraisal Institute

Business Valuation – Appraisal Institute

Easement & Title Issues – Appraisal Institute

Damages & Diminution in Value – Appraisal Institute

Attacking & Defending an Appraisal in Litigation – Appraisal Institute

A Look Inside the OREA – Appraisal Institute

Case Studies in Limited Partnership & Common Tenancy – Appraisal Institute

Geographic Information Systems (GIS) – Appraisal Institute

The Appraisal of Foreclosure Properties – National Association of Independent Fee Appraisers

Annual Litigation Seminars – Appraisal Institute

Current with all Continuing Education requirements of ASA/NAIFA/AI

## COMMUNITY ACTIVITIES

Charter President – Rotary Club of Sierra Madre, CA

Board of Directors – Methodist Hospital (Arcadia, CA) Foundation

Former Board Chairman, Pacific Commerce (Arcadia, CA) Credit Union

Former Commissioner – City of Duarte, CA  Economic Development Commission

Member, University of Southern California Alumni Association

## AWARDS RECEIVED

Paul Harris Fellow – Rotary International

Listed in Who's Who in the World, America, the West and Banking & Finance

## REPRESENTATIVE SAMPLING OF CLIENTS

Lenders –        Bank of America

California Korea Bank

Citizens Business Bank – lending & trust depts.

Countrywide Funding Corp

Fleet Funding Corp

GMAC/Residential Funding Corp

Norwest Financial

California State Bank (now Wells Fargo)

Granite State Bank (now Citizens Business Bank)

North American Mortgage Co.

PHH Home Equity

Bank of Yorba Linda (now First Bank)

Traveler's Relocation Co